156 A.3d 171

STATE OF NEW JERSEY, STATE ETHICS COMMISSION, PETI-TIONER–RESPONDENT, v. SEEMA SINGH, ESQ., FORMER RATEPAYER ADVOCATE, RESPONDENT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000434–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.